## EX PARTE F. B. FISK COTTON CO.

(Decided January 21, 1915.)

CERTIORARI to Court of Appeals.

STEINER, CRUM & WEIL, for appellant. BALL & SAMFORD, for appellee.

GARDNER, J.—Certiorari to Court of Appeals to review judgment and decision in *Albany Warehouse Co. v. F. B. Fisk Cotton Co.*, 67 South. 728. Writ denied.

All the Justices concur.